IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA MICHAEL TASSONE, )<br> )<br>   Plaintiff,           )<br> )<br>       v.                 )<br> )<br>VIA PATH TECHNOLOGIES, et al., )<br> )<br>   Defendants.        ) | Civil No. 24-1335<br> Judge Marilyn J. Horan/<br> Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On April 3, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the Complaint be dismissed *sua sponte*, in accordance with 28 U.S.C. § 1915(e), as frivolous, malicious, and for failure to state a claim. ECF No. 15. Plaintiff, Joshua Michael Tassone, was informed that objections to the Report and Recommendation were due by April 21, 2025. No objections were filed.

Upon de novo review of the Complaint and the Report and Recommendation, the Court concludes that the Report and Recommendation will be adopted as the Opinion of the Court.

Accordingly, the following order is entered:

AND NOW, this 17th day of July 2025, it is hereby ORDERED as follows:

The Magistrate Judge's Report and Recommendation, ECF No. 15, dated April 3, 2025, is adopted as the Opinion of the Court.

2

IT IS FURTHER ORDERED that the Complaint in this matter, ECF No. 7, is hereby dismissed *sua sponte*, pursuant to 28 U.S.C. § 1915(e), as frivolous, malicious, and for failure to state a claim.

As to whether to grant leave to amend, the Court agrees with the Magistrate Judge's recommendation to deny such leave, as any amendment would be futile for the reasons stated in the Report and Recommendation.

Accordingly, all claims asserted by Mr. Tassone are dismissed, and the Complaint is dismissed with prejudice.

The Clerk shall mark the case Closed.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge


Joshua Michael Tassone, pro se
152022
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219